ORDERED.

Dated:  September 30, 2016

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                                  Case No.:6:16-bk-03984-RAC

COLLEEN MARIE GETZ,                                                    Chapter 7

_____Debtor(s).

AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This case is before the Court upon the Motion for Relief from Stay filed by Creditor (Docket #11), Ditech Financial LLC f/k/a Green Tree Servicing LLC, hereinafter referred to as "Movant". Parties having agreed to the order; accordingly it is

ORDERED:

1. The Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with foreclosure of its security interest upon the following property:

**REAL PROPERTY AT 4425 CURTIS BLVD., COCOA, FL 32927, AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

BREVARD (Name of Recording Jurisdiction):
LOT 14, BLOCK 321, PORT ST. JOHN UNIT EIGHT, ACCORDING TO PLAT RECORDED IN PLAT BOOK 23, PAGE 70, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.
which currently has the address of 4425 CURTIS BLVD, COCOA, Florida 32927 ("Property Address"):

3.      This order is entered for the sole purpose of allowing Movant to obtain an ***in rem judgment*** against the property and Movant shall not seek an in personam judgment against the Debtors.

4.      Movant will not proceed with a foreclosure sale 90 days from the date of this Order.

5.      Reasonable Bankruptcy fees and costs are awarded for the prosecution of this Motion for Relief from Stay.

This order is agreed to in form and content:


 /s/ Evan S. Singer, Esq.                              /s/ Arvind Mahendru, Trustee
Evan S. Singer, Esq.                                   Arvind Mahendru, Trustee
Attorney for Movant                                    Chapter 7 Trustee
Fla. Bar ID: 101406                                    5703 Red Bug Lake Rd., #284
Timothy D. Padgett, P.A.                               Winter Springs, FL 32708
6267 Old Water Oak Road                                (407) 504-2462
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
ess@padgettlaw.net

Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order prepared by:

Evan S. Singer, Esq.

Timothy D. Padgett, P.A.